AO 451  (Rev. 01/09, MD 6/09)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| World Fuel Services Europe, LTD et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-cv-629-JFM |
| The Republic of Iraq et al. | ) |
| *Defendant* | ) |

**FILED**
JAN 2 9 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

W10CA033

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  12/18/2009

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  January 20, 2010

CLERK OF COURT

_Kay Owens_
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WORLD FUEL SERVICES EUROPE, LTD<br>As successor in interest to<br>TRAMP OIL and MARINE LTD., | * | |
| and | * | |
| BROMLEY PARTNERSHIP, LLP | | |
| Plaintiffs, | * | Case No. 1:09-cv-00629-JFM |
| v. | * | |
| THE REPUBLIC OF IRAQ, | | |
| And | * | |
| THE STATE ENTERPRISE FOR WATER<br>TRANSPORT OF THE REPUBLIC<br>OF IRAQ, | * | |
| Defendants. | * | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 18 P 1:15

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFAULT JUDGMENT

**JUDGMENT BY DEFAULT** is hereby entered against Defendant the Republic of Iraq and the State Enterprise for Water Transport of the Republic of Iraq, both jointly and severally, for damages in the amount of $4,305,805.62 plus interest accruing as of December 1, 2009 at a daily rate of $712.33 until paid. Judgment is also entered against Defendant for costs of the filing of this action in the amount of $350.00

ENTERED this 18th day of Dec, 2009

Felicia C. Cannon, Clerk     Judy
United States District Court for the District of Maryland

By: _____
Deputy Clerk

J. FREDERICK MOTZ

I hereby attest and certify on 1/20/2010
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By Kay Owens   Deputy